1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  2260 Corporate Circle, Ste. 480
   Henderson, Nevada  89074
6  (702) 642-3113/ (702) 642-9766 FAX

7  Attorney for defendant Saticoy Bay LLC
   Series 8390 Pearl Beach

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-86CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-86CB,<br><br>Plaintiff,<br><br>vs.<br><br>VERONICA R. BAUTISTA, SATICOY BAY LLC SERIES 8390 PEARL BEACH; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:   2:17-cv-01014-JAD-CHW |

**STIPULATION AND ORDER TO EXTEND DATES TO FILE OPPOSITIONS**
(First Request)

Defendant Saticoy Bay LLC Series 8390 Pearl Beach, by and through its attorney, Michael F. Bohn, Esq., and plaintiff the Bank of New York Mellon, by and through its attorney, Jamie Combs , Esq., hereby stipulate and agree as follows:

1. The defendants opposition to the plaintiffs motion for sanctions (ECF 32) shall be continued from March 15, 2019 until March 29, 2019.

/ / /

1

2. The defendants opposition to the plaintiffs motion for attorneys fees (ECF 33) shall be continued from March 15, 2019 until March 29, 2019.

This is the first request to which the parties have stipulated.

The parties represent that they are seeking to resolve the motions and to resolve the case.

Dated this 13th day of March, 2019

| AKERMAN, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: /s/ Jamie Combs, Esq. / <br> Jamie Combs, Esq. <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> Attorney for plaintiff | By: /s/ /Michael F. Bohn, Esq./ <br> Michael F. Bohn, Esq. <br> 2260 Corporate Circle, Suite 480 <br> Henderson, Nevada 889074 <br> Attorney for defendants Saticoy Bay LLC Series 8390 Pearl Beach |

IT IS SO ORDERED this 14th day of March, 2019

_____
United States Magistrate Judge

2